September 5, 1973

No. 27,326 United States v. Arnold C. Ortiz, PFC, U. S. Marine Corps (NCM 73-0545).

On consideration of appellee's motion to dismiss Certificate for Review as moot filed in the above-entitled action, it is, by the Court, this 5th day of September 1973,

ORDERED:

That said motion be, and the same is, hereby granted. United States v. Gilley, 14 USCMA 226, 34 CMR 6 (1963); United States v. McIvor, 21 USCMA 156, 44 CMR 210 (1972).